**Carlos Alfredo HERNANDEZ, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 12–73787.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2015.*

Filed May 22, 2015.

Carlos Alfredo Hernandez, Los Angeles, CA, Pro Se.

Nicole Thomas–Dorris, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Carlos Alfredo Hernandez, a native and citizen of Guatemala, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to remand and dismissing his appeal from an immigration judge's order denying his motion to reopen removal proceedings conducted in absentia. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Hernandez's contention that the BIA erred in declining to invoke its sua sponte authority to reopen proceedings. *See Mejia–Hernandez v. Holder,* 633 F.3d 818, 823–24 (9th Cir.2011) (this court lacks jurisdiction to review the agency's sua sponte determinations).

Hernandez has not raised, and has therefore waived, any other challenges to the agency's grounds for denial of his motion to reopen and motion to remand. *See Lopez–Vasquez v. Holder,* 706 F.3d 1072, 1079–80 (9th Cir.2013) (a petitioner waives a contention by failing to raise it in the opening brief).

---

**3.** Meridian's opposed motion to transmit physical exhibits to this court under Circuit Rule 27–14 is DENIED.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

PETITION FOR REVIEW DIS-MISSED in part; DENIED in part.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.